UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

APPEARANCE

THE CADLE COMPANY : CASE NO. 300 CV 0910 (AWT)
   Plaintiff. :
:
VS. :
:
DOMINIC F. SANZO, ET AL : JUNE 1, 2006
   Defendants. :

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: 301 South Colony Street, LLC

JUNE 1, 2006

_____
Michael Feldman, Esq.
Feldman & Hickey, LLC
10 Waterside Drive, Ste. 303
Farmington, CT 06032
Its Attorney
Fed. Bar #ct 06649
(860) 677-0551
(860) 677-1147 (fax)
michaelfeldman@feldmanhickey.com

## **CERTIFICATION OF SERVICE**

I hereby certify that on June 1, 2006, a copy of the Appearance was mailed via first class mail, postage prepaid to:

James Tancredi, Esq.
Day, Berry & Howard
CityPlace
Hartford, CT 06103

George Purtill, Esq.
Purtill, Purtill & Pfeffer, PC
19 Water Street
South Glastonbury, CT 06073-0050

_____
Michael Feldman