UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CADLE COMPANY<br>Plaintiff. | CASE NO. 300 CV 0910 (AWT) |
| VS. | |
| DOMINIC F. SANZO, ET AL<br>Defendants. | JUNE 1, 2006 |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

The plaintiff moves to substitute 301 South Colony Street, LLC as the party plaintiff in the above matter in place of The Cadle Company on the grounds that 301 South Colony Street, LLC is the assignee of the plaintiff, The Cadle Company.

PLAINTIFF

By _____
Michael Feldman
Federal Bar No. Ct 06649
Feldman & Hickey, LLC
10 Waterside Drive, Ste. 303
Farmington, CT 06032
Its Attorney
(860) 677-0551

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the forgoing was mailed via first-class mail, postage pre-paid, on June 1, 2006, to the following:

James Tancredi, Esq.
Day, Berry & Howard
CityPlace
Hartford, CT 06103

George Purtill, Esq.
Purtill, Purtill & Pfeffer, PC
19 Water Street
South Glastonbury, CT 06073-0050

_____
Michael Feldman