UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CADLE COMPANY : | CASE NO. 300 CV 0910 (AWT) |
|    Plaintiff. : | |
| : | |
| VS. : | |
| : | |
| DOMINIC F. SANZO, ET AL : | JUNE 1, 2006 |
|    Defendants. : | |

## MOTION TO DISMISS

The plaintiff moves to dismiss this action, with prejudice and without costs, on the following grounds:

1. The Substitute Plaintiff, 301 South Colony Street, LLC, has entered into settlement with the administrators of the estates of the defendants, which settlement requires the dismissal of this action.

2. All defendants are deceased. Pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, the action is to be dismissed if there is no substitution of parties within 90 days of the death of a party. The defendants died more than 90 days preceding the date of this Motion.

WHEREFORE, the plaintiff respectfully moves that the court dismiss this action with

prejudice and without costs to any party.

PLAINTIFF

By _____
Michael Feldman
Federal Bar No. Ct 06649
Feldman & Hickey, LLC
10 Waterside Drive, Ste. 303
Farmington, CT 06032
Its Attorney
(860) 677-0551

### CERTIFICATION

The undersigned hereby certifies that a copy of the forgoing was mailed via first-class mail, postage pre-paid, on June 1, 2006, to the following:

James Tancredi, Esq.
Day, Berry & Howard
CityPlace
Hartford, CT 06103

George Purtill, Esq.
Purtill, Purtill & Pfeffer, PC
19 Water Street
South Glastonbury, CT 06073-0050

_____
Michael Feldman
