UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
CADLE COMPANY, and              :
301 SOUTH COLONY STREET LLC
                                :
     v.                             CASE NO. 3:00CV910 (AWT)
                                :
DOMINICK F. SANZO, and
KATHERINE SANZO                 :
```

## JUDGMENT

This action came on for consideration of the plaintiff Cadle Company's motion to dismiss before the Honorable Alvin W. Thompson, United States District Judge.  On June 19, 2006, the court granted the plaintiff's motion to substitute 301 South Colony Street LLC as the party plaintiff in place of the Cadle Company.

The court considered the full record of the case including applicable principles of law, granted the motion to dismiss, and directed the clerk to close the case.

It is therefore ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered, and this action is dismissed with prejudice and without costs to any party.

Dated at Hartford, Connecticut, this 26th day of June, 2006.

                                        KEVIN F. ROWE, Clerk


                                        By _____
                                           Sandra Smith
                                           Deputy Clerk